## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| CENTURY INDEMNITY COMPANY and CHUBB GROUP HOLDINGS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>TIMOTHY KOSNOFF<br><br>Defendant. | Adv. Proc. No. 22-50071 |



## [PROPOSED] CONSENT ORDER OF PRELIMINARY INJUNCTION AND OTHER ANCILLARY RELIEF

On January 21, 2022, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), and Chubb Group Holdings, Inc. ("Chubb") filed a Complaint against Defendant Timothy Kosnoff ("Defendant") and a motion for entry of an order temporarily restraining and preliminary enjoining the publication of the home addresses and personal identifying information (*i.e.*, phone number, social security number etc.) of the officers, directors, employees and counsel of Century, Chubb and the mediating parties (the "Mediating Parties") by the Defendant.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The Defendant, without admitting or denying the allegations of the Complaint or that he published home addresses or personal information, for the purposes of this Consent Order of Preliminary Injunction and Other Ancillary Relief ("Order"), except as to jurisdiction and venue, which he admits, consents to the entry of this Order and states that his consent is entered voluntarily. Defendant further waives the entry of findings of facts and conclusions of law for the purposes of this Order pursuant to Rule 52 of the Federal Rules of Civil Procedure.

The Plaintiffs shall use reasonable measures to seek an order sealing the address of Mr. Kosnoff on the subpoena and certificate of service to the subpoena that was served on Mr. Kosnoff and filed on the docket. Plaintiffs will refrain in the future from publishing or filing Mr. Kosnoff's home address in an unsealed filing.

The injunctive provisions of this Order shall be binding on the Defendant, upon any person insofar as he or she is acting in the capacity of officer, agent, servant, employee or attorney of the Defendant and upon any person who receives actual notice of this Order by personal service, facsimile or otherwise insofar as he or she is acting in active concert or participation with the Defendant. This Order shall remain in effect until further order of the Court and the Court shall retain jurisdiction over this action to ensure compliance with this Order and for all other purposes related to this action. Now, therefore, for the foregoing reasons:

**IT IS HEREBY ORDERED THAT:**

1. This CONSENT ORDER is GRANTED as set forth herein.

2. The Defendant is hereby enjoined from publishing the home addresses and personal identifying information (*i.e.*, phone number, social security number etc.) of the Mediating Parties, and ordered to withdraw immediately the postings on Twitter that he made on or about January 16, 2022, identifying the homes and home addresses of an executive of a Mediating Party and

Defendant is further enjoined from interfering in any way with the integrity of the Chapter 11 Proceedings, including violating the protective order by tweeting confidential information- or taking any act that threatens, or encourages others to threaten the safety of the Mediating Parties, their employees and counsel.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Order is without prejudice to the rights of Century, Chubb, the Debtors or any party in interest to seek any further relief from this Court or any other any other source.

5. Century and Chubb are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

[REMAINDER OF PAGE IS BLANK]

Dated: January 24, 2022                ACKNOWLEDGED AND AGREED,

By: *[signature]*
    Tim Kosnoff

By: *[signature]*

WILKS LAW, LLC
David E. Wilks
4250 Lancaster Pike, Suite 200
Wilmington, Delaware 19805
Direct: (302) 225-0858

*As counsel to Tim Kosnoff*

By: *[signature]*
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801

SIMPSON THACHER & BARTLETT LLP
Jonathan Youngwood (*pro hac vice*)
Mary Beth Forshaw (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017

*Counsel for Chubb Group Holdings, Inc.*

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

SO ORDERED this 24th day of JANUARY, 2022.

*signature*

Chief Judge, United States Bankruptcy Court

\* PAGE 5 - Consent Order/BSA