# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors<br><br>CENTURY INDEMNITY COMPANY and CHUBB GROUP HOLDINGS, INC.,<br><br>Plaintiffs<br><br>v.<br><br>TIMOTHY KOSNOFF<br><br>Defendant. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br><br><br>Adv. Proc. No. 22-50071-LSS<br><br><br><br>Re: Docket No. 3 |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF THE CENTURY AND CHUBB'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that on January 21, 2022, Century Indemnity Company ("Century") and Chubb Group Holdings, Inc. ("Chubb"), established in the case of the above-captioned adversary action filed the sealed version of the *Century and Chubb's Motion for a Temporary Restraining Order and Preliminary Injunction* [Docket No. 3] (the "Declaration").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the proposed redacted version of the Motion.

Dated: January 26, 2022                    Respectfully Submitted,


              By: *Stamatios Stamoulis*
                 Stamatios Stamoulis (#4606)

             STAMOULIS & WEINBLATT LLC
             800 N. West Street
             Third Floor
             Wilmington, Delaware  19801
             Telephone:   302 999 1540
             Facsimile:    302 762 1688

             *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*